# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>　　　　　　　Plaintiff,<br><br>　　　　-vs-<br><br>FRED MARINO BUILDING LLC and STAR BRASS, individually,<br><br>　　　　　　　Defendants. | Cause No. 2:21-cv-418RSL-TLF<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this 14th day of December, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

*/s/ M. William Judnich*
M. William Judnich
WSBA #56087
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com

*/s/ Charles P. Rullman*
Charles Rullman
WSBA # 42733
Corr Downs PLLC
100 W. Harrison St., Suite N440
Seattle, WA 98119
crullman@corrdowns.com
crullman@gmail.com
Attorney for Defendants